IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF ILLINOIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERGIUS A. RINALDI, d/b/a<br>SERGIUS A. RINALDI, P.C.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 03-3216<br>)<br>)<br>)<br>)<br>) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Defendant's Motion in Opposition to Government's Motion to Lift Stay of Proceedings (d/e 20) (Defendant's Motion). On September 14, 2006, the Government filed a Motion to Lift Stay of Proceedings (d/e 18). Defendant did not respond to the Government's Motion. On December 11, 2006, the Court issued a Text Order, lifting the stay and directing Defendant to file an answer or otherwise plead within 60 days of the Text Order.

The instant Motion does not qualify as an answer and so Defendant is now in default. Defendant asserts in his Motion that his criminal

1

judgment is not yet final because he filed a petition for a writ of certiorari on January 29, 2007. Defendant thus requests that the matter be further stayed. On August 31, 2006, the Seventh Circuit issued an opinion, affirming the underlying criminal conviction against the Defendant. See United States v. Rinaldi, 461 F.3d 922 (7th Cir. 2006). The Seventh Circuit issued its mandate on September 26, 2006. The January 29, 2007, petition for writ was untimely because Defendant failed to file his petition within 90 days after entry of the Seventh Circuit's judgment. Clay v. United States, 537 U.S. 522, 525 (2003). The criminal judgment became final on November 29, 2006. Therefore, the Court's lifting of the stay was proper.

THEREFORE, Defendant's Motion in Opposition to Government's Motion to Lift Stay of Proceedings (d/e 20) is DENIED. The Court directs the Government to file a Motion for Entry of Default by March 5, 2007.

ENTER: February 20, 2007.

IT IS THEREFORE SO ORDERED.

FOR THE COURT:

                                                                s/ Jeanne E. Scott
                                                                  JEANNE E. SCOTT
                                        UNITED STATES DISTRICT JUDGE